UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONNE SEABERRY                                    CIVIL ACTION

VERSUS                                              NO. 11-0066

SHERIFF DANIEL EDWARDS, ET AL.                      SECTION "I" (4)

**O R D E R**

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Tyronne Seaberry's 42 U.S.C. § 1983 claims against the defendants, Sheriff Daniel Edwards, Warden Joyce Jackson, Assistant Warden Brandon Pinion, Sergeant Willie Brown, Administrator Stewart Murphy, Nurse Shawn Sweeney, and the Hammond City Jail are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this __14th__ day of March, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE